IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT D. HINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-42 |
| KIM KING | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert D. Hinson, a prisoner confined at the Jefferson County Correctional Facility (JCCF), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Kim King.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the action pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, filed pursuant to such order, along with the record and the pleadings. Plaintiff filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). Plaintiff has not alleged any facts from which the Court could conclude that Defendant King was deliberately indifferent to Plaintiff's health when she treated his nasal polyps. After careful consideration, the Court concludes that the objections are without merit.

### ORDER

Accordingly, Plaintiff's objections [Dkt. 41] are OVERRULED. The findings of fact and the conclusions of law of the magistrate judge are correct, and the report and recommendation of the

magistrate judge [Dkt. 39] is ADOPTED. A final judgment will be entered in accordance with this memorandum order.

**SIGNED this 4th day of February, 2025.**

Michael J. Truncale
United States District Judge